# MADUEGBUNA COOPER LLP

ATTORNEYS AT LAW

30 WALL STREET

8TH FLOOR

NEW YORK, NEW YORK 10005

(212) 232-0155

FAX: (212) 232-0156

www.mcande.com

November 13, 2024

<u>**VIA ECF**</u>
Hon. Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:     ***Qian Li v. Spark Therapeutics, Inc., et al.***
        <u>**Docket No.: 24-cv-5906-JGLC**</u>

Dear Judge Clarke:

We represent Plaintiff Qian Li and write to request an adjournment of the initial conference currently scheduled for November 21, 2024. Counsel for Defendants consents to this request.

The reason for the adjournment request is because we are and will continue to be actually engaged in trial in Nassau County Supreme Court in the matter of *Karen Rochester v. County of Nassau, et al.*, Index No. 611519/2019. The trial is expected to last through the first week of December.

As such, Plaintiff requests an adjournment of the initial conference until after December 6, with a corresponding adjournment of the time to file a joint letter and case management plan. The parties are available on December 11 – 13 and 16 – 17, 2024 for the adjourned conference.

We thank the Court for its attention to this request.

Application GRANTED. Parties to file joint letter and proposed case management plan by **December 9, 2024**. The conference scheduled for November 21, 2024 is ADJOURNED to **December 16, 2024** at 2:30 p.m. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 658303994#. The Clerk of Court is directed to terminate ECF No. 14.

Very truly yours,

Samuel O. Maduegbuna

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: November 18, 2024
        New York, New York

cc:     Tara Param, Esq. (via ECF)
        Counsel for Defendants