UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QIAN LI,

                        Plaintiff,

        -against-

SPARK THERAPEUTICS, INC., et al.,

                        Defendants.

---

24-CV-5906 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On December 10, 2025, the Court granted the parties' request to extend their summary judgment briefing deadlines so that they could pursue settlement discussions. *See* ECF No. 36. Pursuant to that Order, Defendants' deadline to file a motion for summary judgment was extended to February 2, 2026. *Id.* That deadline has now passed. The parties are hereby ordered to provide a joint letter updating the Court on the status of the case and their settlement discussions no later than March 2, 2026. SO ORDERED.

Dated:  February 18, 2026
        New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge